# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
JOHN K. WALTER and PATRICIA R.       *
FERRARA,                             *
                                     *
            Plaintiffs,              *
                                     *   No. 18-957T
      v.                             *   Filed: September 20, 2019
                                     *
UNITED STATES,                       *
                                     *
            Defendant.               *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

## O R D E R

The court is in receipt of the parties' September 20, 2019 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, including any attorneys' fees.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
